ACCEPTED
05-14-01226-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/4/2015 2:15:37 PM
LISA MATZ
CLERK

## NO. 05-14-01226-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FIFTH COURT** |
| | § | |
| **ROGER ALLEN STULCE, JR.** | § | **OF APPEALS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Roger Allen Stulce, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 380th Judicial District Court of Collin County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Roger Allen Stulce, Jr., and numbered 380-80196-2013.

3. Appellant was convicted of sexual assault.

4. Appellant was assessed a sentence of twenty (20) years on August 21, 2014.

5. Notice of appeal was given on September 8, 2014.

6. The clerk's record was filed on January 6, 2016; the reporter's record

1

was filed on February 4, 2015.

7.     The appellate brief is presently due on March 5, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. April 5, 2015.

9.     No extension to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Along with routine court appearances and hearings, the undersigned attorney had been extensively preparing Appellant Briefs for the following matters:

Roger Stulce vs The State of Texas: 380-82427-2013; Charles Doyal vs The State of Texas:  05-14-00943-CR and 05-14-00944-CR.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

GIBBS NOLTE ROBISON ROSE
2780 Virginia Parkway
Suite 401
McKinney, TX 75071
Tel: (972) 562-0266
Fax: (972) 569-9278

By: /s/ Mitchell R. Nolte

Mitchell R. Nolte
State Bar No. 00797159
Attorney for Roger Allen Stulce, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on March 4, 2015,  a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Collin County, McKinney, Texas, via electronic service.

/s/ Mitchell R. Nolte

Mitchell Nolte

**STATE OF TEXAS** §

§

**COUNTY OF COLLIN** §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Mitchell R. Nolte, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.  I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

/s/   Mitchell R. Nolte

Mitchell R. Nolte
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 4, 2015, to certify which witness my hand and seal of office.

/s/ Bobbi Johnson

Bobbi Johnson
Notary Public, State of Texas
Commission Expiration: 06/21/2016
Notary ID: 12903646-1